UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| JOSE VILLANUEVA,<br><br>        Plaintiff (elect),<br><br>  v.<br><br>WARDEN D.K. SISTO, ASSOCIATE WARDEN'S SINGH, RODRIGUEZ CAPT. S. PECK, LT'S SORIOANO, WONG, FERGUSON, R. BENDER, CHIRILLA, SGT'S DURFEY, GOOD, MARTINEZ, BROOM, E. MAJOR, BESS, C/O'S 1-50, "FREE STAFF' DOES 1-25, SGT'S CUMMINS, BROOM, R. MITCHELL, ET AL.,<br><br>        Defendants. | NO. CV-08-0860-EFS<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT PRISON TRUST ACCOUNT STATEMENT WITHIN 60 DAYS** |

    Before the Court is *pro se* state prisoner Plaintiff Jose Villanueva's Application to Proceed In Forma Pauperis (Ct. Rec. 2), filed April 21, 2008. Plaintiff asserts that he is unable to pay the full $350.00 filing fee or provide the necessary security. After review, the Court is unable to rule on Plaintiff's application because he did not submit a certified prison trust account statement as is required by 28 U.S.C. § 1915(a)(2).

ORDER * 1

1  Accordingly, **IT IS HEREBY ORDERED:** Within forty-five (45) days of
2 the date of service of this Order, Plaintiff shall submit a certified
3 copy of his prison trust account statement for the six-month period
4 immediately preceding the filing of his complaint.  The Court cautions
5 Plaintiff that failure to comply with this Order may result in dismissal
6 of this action.

7  **IT IS SO ORDERED.**  The District Court Executive is directed to enter
8 this Order and forward a copy to Plaintiff.

9  **DATED** this 29th day of December 2008.

11                    s/Edward F. Shea
                      EDWARD F. SHEA
12              United States District Judge

13 Q:\Civil\Other Cts\CA-ED\ed.ca.08.0860.no.ifp.statement.wpd

ORDER * 2