UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOSE VILLANUEVA,<br><br>    Plaintiff (elect),<br><br>  v.<br><br>WARDEN D.K. SISTO, ASSOCIATE WARDEN'S SINGH, RODRIGUEZ CAPT. S. PECK, LT'S SORIOANO, WONG, FERGUSON, R. BENDER, CHIRILLA, SGT'S DURFEY, GOOD, MARTINEZ, BROOM, E. MAJOR, BESS, C/O'S 1-50, "FREE STAFF' DOES 1-25, SGT'S CUMMINS, BROOM, R. MITCHELL, ET AL.,<br><br>    Defendants. | NO. CV-08-0860-EFS (PC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND CLOSING FILE** |

On December 30, 2008, the Court ordered *pro se* Plaintiff Jose Villanueva to submit a certified prison trust account statement within forty-five days. (Ct. Rec. 8.) On March 13, 2009, the Court directed Plaintiff to file an amended complaint within sixty (60) days. (Ct. Rec. 10.) The Court explicitly cautioned Plaintiff that failure to abide by either of these Orders may result in dismissal. To date, Plaintiff has filed neither a certified prison trust account statement

ORDER * 1

nor an amended complaint. Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** The District Court Executive is directed to:

1. enter this Order;
2. enter **judgment** of dismissal without prejudice;
3. forward a copy of this Order to the **California Department of Corrections, Office of Legal Affairs, P.O. Box 942883, Sacramento, CA 94283-0001,** to forward to the appropriate agency having custody of Plaintiff; and
4. close the file.

**DATED** this  29th  day of May 2009.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.0860.dismiss.failtoamend.wpd

ORDER * 2